# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEANDRE DAVIS, #K79658, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 19−cv−00892−NJR ) |
| WARDEN THOMPSON, P. MYERS, C. BROWN, LT. FRANK, and DR. LANE, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

**ROSENTENGEL, Chief Judge:**

Plaintiff commenced this action by filing a Complaint pursuant to 42 U.S.C. § 1983 for the inadequate medical care of his ulcerative colitis and hernia that he received while at Pinckneyville Correctional Center. (Doc. 1). Plaintiff also clams he was sexually assaulted by Pinckneyville Medical Director, Dr. Myers, and continued to be treated by Dr. Myers against his objections. Along with his Complaint, Plaintiff filed a Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 3), seeking to be transferred from Pinckneyville to an institution where he will be safe and receive adequate medical treatment. (Doc. 3, p. 2).

In a Merit Review Order issued pursuant to 28 U.S.C. § 1915A, the Court denied Plaintiff's Motion for Temporary Restraining Order, and then directed Defendants to respond to his request for a preliminary injunction. (Doc. 5, p. 13, Doc. 6). Defendants filed responses (Docs. 18, 24); however, on September 16 and 19, 2019, Plaintiff notified the Court that he had been transferred

to Lawrence Correctional Center. (Docs. 22, 23).

Because Plaintiff has obtained the relief sought in his motion, the Court finds that the issue is now moot. As such, the Court **DENIES** Plaintiff's request for injunctive relief. *Higgason v. Farley*, 83 F.3d 807, 811 (7th Cir. 1996) (a prisoner's request for injunctive relief is rendered moot by his transfer to another prison); *Koger v. Bryan*, 523 F.3d 789, 804 (7th Cir. 2008).

**IT IS SO ORDERED.**

DATED: October 1, 2019

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**